UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Timothy R. Davis,

        Plaintiff,

v.

Commissioner Social Security
Administration,

        Defendant

No. 04-6260-AS

ORDER ADOPTING
MAGISTRATE'S FINDINGS

**MOSMAN, J.,**

On June 13, 2005, Magistrate Judge Ashmanskas issued Findings and Recommendation (#11) in the above-captioned case affirming the decision of the Commissioner and denying plaintiff's application for social security disability insurance benefits. Plaintiff filed objections on June 28, 2005, and the Commissioner filed a response to these objections on July 6, 2005.

Accordingly, after de novo review pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b), the court agrees that substantial evidence in the record supports the ALJ's conclusion denying benefits. The Commissioner's decision is, therefore, affirmed and the court, ADOPTS the recommendation that a judgment be entered in favor of the Commissioner.

IT IS SO ORDERED.

DATED:   Portland, Oregon, September  29 , 2005.

                                    /s/ Michael W. Mosman
                                    MICHAEL W. MOSMAN
                                    United States District Judge